JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABRAHAM VILLALOBOS, et al., | ) | Case No. CV 16-3362 FMO (Ex) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| WELLS FARGO BANK, N.A., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of July, 2016.

/s/
Fernando M. Olguin
United States District Judge